**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:25-cv-00618-SEP |
| | ) | |
| C. A. JONES, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

Pursuant to the Memorandum and Order issued on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Default Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $2,129,537.32.

Dated this 11th day of September, 2026.

.

SARAH E. PITLYK
UNITED STATES DISTRICT COURT